# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **TRACY O. CRANE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No.: 2:11-cv-03568-VEH |
| | ) | |
| **LORETTA E. LYNCH,** | ) | **UNOPPOSED** |
| **Attorney General of the United States,** | ) | |
| **United States Department of Justice,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT MOTION FOR EXTENSION OF TIME

Comes now the Parties and hereby request this Honorable Court to extend the time to retain jurisdiction of this case until payment has been received by Plaintiff's counsel. The Parties have fully executed the Settlement Agreement and Release, whereby, payment is being processed at this time. However, payment of funds may take up to eight more weeks.

Therefore, based on the above, the Parties request that this Honorable Court retain jurisdiction until payment has been received by Plaintiff's counsel; after which time the Parties will file a notice with this Court.

Respectfully submitted,

DAVID RIVERA
UNITED STATES ATTORNEY
FOR THE MIDDLE DISTRICT OF TENNESSEE

By:   s/ Mercedes C. Maynor-Faulcon
MERCEDES C. MAYNOR-FAULCON
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203-3870
Telephone: (615) 736-5151
B.P.R. # 013330

OF COUNSEL:
Marisa C. Ridi
Associate General Counsel
Employment Law Unit I
Federal Bureau of Investigation
935 Pennsylvania Avenue N.W., Room PA-400
Washington, DC 20535
*Attorneys for Defendant*

 s/ James S. Roberts, Jr.
JAMES S. ROBERTS, JR., ASB-8991-R81J
Attorney at Law
999 Mt. Olive Rd., Suite 101
P.O. Box 639
Gardendale, AL 35071
Telephone:  (205) 285-8290
*Attorney for Plaintiff*